UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TATIANA ZOLONDEK, *pro se,*

                    Plaintiff,

       -against-

WORLDWIDE FLIGHT SERVICES, INC.,

                    Defendant.
-------------------------------------------------------x

**MEMORANDUM AND ORDER**
02-CV-2030 (DLI) (LB)

**DORA L. IRIZARRY, U.S. District Judge:**

       Plaintiff Tatiana Zolondek ("Zolondek") brought suit against Worldwide Flight Services, Inc. ("Worldwide") alleging that Worldwide violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§1981, the New York State Human Rights Law, the New York City Human Rights Law, New York City Administrative Code §§ 1-101 *et seq.*, and the Family and Medical Leave Act ("FMLA"). On March 3, 2007, over the objections of Zolondek, this court adopted the Report and Recommendations of U.S. Magistrate Judge Lois Bloom and granted Worldwide's motion for summary judgment. The case was dismissed in its entirety. Zolondek now asks for reconsideration of the court's decision adopting Judge Bloom's Report and Recommendation.

       The standard for granting a motion to reconsider under either Rule 60(b) or Local Civil Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York is a strict one. Reconsideration will generally be denied unless the moving party can point to either controlling decisions or factual matters that the court overlooked, and which, had they been considered, might have reasonably altered the result before the court. *See Shrader v. CSX Transportation, Inc.,* 70 F.3d 255, 257 (2d Cir. 1995). Applying these standards to the instant motion, it is clear that Zolondek has failed to establish a ground for reconsideration. Rather,

Zolondek rehashes her factual assertions; the same assertions that have been addressed both by Judge Bloom and this court on multiple prior occasions. *See JP Morgan Chase Bank,* 322 F. Supp. 2d 353, 354 (S.D.N.Y. 2004). There are no grounds for the court to reconsider its adoption of Judge Bloom's Report and Recommendation and Zolondek's motion for reconsideration is denied.

SO ORDERED.

DATED: Brooklyn, New York
July 27, 2007

                                                  /S/
                                      DORA L. IRIZARRY
                                     United States District Judge